STATE of Missouri, Respondent,

v.

Audell C. SCOTT, Appellant.

No. WD 35994.

Missouri Court of Appeals, Western District.

July 16, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Aug. 27, 1985.

Application to Transfer Denied Oct. 16, 1985.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Thomas Carter II, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and PRITCHARD and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for rape in violation of § 566.030, RSMo Supp. 1984.

Judgment affirmed. Rule 30.25(b).